UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Houston Division)

CASE NO.

CARL SHEARER

    Plaintiff,

vs.

SHELL OIL COMPANY

    Defendant
_____/

## COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

Carl Shearer ("Shearer") sues Defendant, Shell Oil Company. ("Shell") and alleges as follows:

### Jurisdiction and Venue

1. This is an action for damages which exceeds Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest, costs and attorneys fees. This Complaint also seeks declaratory relief.

2. This Court is vested with federal question jurisdiction over this action pursuant to 28 USC Section 1331 for Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 USC 2000e *et. seq.*

3. Venue lies within the Southern District of Texas, Houston Division, pursuant to 28 USC Section 1391 (b) because all actions relevant to these claims arose in this Judicial Circuit.

### Administrative Prerequisites

4. All conditions precedent to the maintenance of this action have been met.

5. On or about January 25, 2021, Plaintiff timely filed a Charge of Discrimination

with the Equal Employment Opportunity Commission ("EEOC"). A copy of said Charge is attached hereto as Exhibit A.

6. On or about May 4, 2021, the EEOC issued its Notice of Suit rights, a copy of which is attached hereto as Exhibit B.

7. Plaintiff has timely filed this suit in accordance with the ninety (90) day window after his receipt of the EEOC Notice of Right to Sue.

### The Parties/Participants

8. Plaintiff, is an individual residing in Broward County, Florida and is *sui juris*.

9. Defendant, Shell, is a corporation doing business in Harris County, Texas. Plaintiff was an employee of Shell until his retirement in 2008.

### General Allegations

10. Plaintiff was an employee of Shell until his retirement in 2008. Plaintiff is a homosexual male.

11. During his employment Plaintiff was a beneficiary of the Shell Pension Plan ("SPP"). Upon retirement, Plaintiff elected to commence his benefits as of April 1, 2008.

12. On or about 2017, and in accordance with the US Supreme Court decision in *Obergfell v. Hodges*, 576 US 644 (2015), Shearer married Mario Rios. Shortly thereafter, Plaintiff sought to designate his husband as his beneficiary under the SPP. Shell refused to change the beneficiary for Plaintiff under the SPP based upon its Summary Plan Description. The Plaintiff thereafter submitted a claim to the Plan Administrator for the SPP, seeking to change his beneficiary under the SPP. The Plan Administrator refused to

2

change the beneficiary under the Plan. Plaintiff further appealed this determination to the Trustees of the SPP. The Trustees of the SPP once again refused, on appeal, to change the beneficiary of Plaintiff under the SPP. *See*, attached Exhibit C. Plaintiff brings this lawsuit for damages or alternatively for declaratory relief based upon Defendants failure to change his SPP plan beneficiary.

### Punitive Damages (as to Shell)

13. Plaintiffs contends that Defendant's conduct as alleged herein was intended to cause injury to Plaintiff or was carried on by Defendant in willful disregard and conscious disregard of the rights of the Plaintiff.

14. Alternatively, Plaintiff contends that Defendant's authorized and/or ratified the wrongful conduct for which punitive damages are sought herein, and was guilty of oppression, fraud, and malice through the actions of its officers, directors and managing agents.

15. On the basis of Defendant's oppression, fraud and malice toward Plaintiff, and for all conduct in violation of Title VII Plaintiff is entitled to exemplary and punitive damages.

16. Plaintiff has hired the undersigned law firm and has agreed to pay it a reasonable fee for its services.

### Count I - Violation of Title VII
### (LGBT/Sex Discrimination)

Plaintiff reavers and realleges paragraphs 1 through 16 as if fully set forth herein and further alleges:

3

17. Defendant unlawfully discriminated against Plaintiff based upon his sex/LGBT status in violation of Title VII and the case of *Bostock v. Clayton County, Georgia*, 140 S.Ct. 1731 (2020) in refusing to permit Plaintiff to designate his same sex spouse as a beneficiary under the SPP. Moreover, to the extent that Shell had a prior policy of refusing to permit changes in beneficiary under the SPP, this policy disparately discriminates against LGBT couples and the rights afforded to them under *Obergfell* and *Bostock*.

18. Defendant unlawfully discriminated against Plaintiff in violation of Title VII based upon his sex in refusing to permit him to designate his same sex spouse as his beneficiary under the SPP.

19. As a direct and proximate result of the actions of Defendant, Plaintiff seeks compensatory damages, including, but not limited to mental anguish and loss of dignity. Plaintiff also seeks punitive damages, court costs and attorneys fees in accordance with Title VII. Finally, Plaintiff seeks declaratory relief that the policies of Defendant are in violation of Title VII.

WHEREFORE, Plaintiff demands judgment against Shell for compensatory damages, declaratory relief interest, court costs, attorneys' fees and for any and all other and further relief this Court deems just and proper under the circumstances.

## Demand for Jury Trial

Plaintiff demands trial by jury on all issues so triable.

                         Behren Law Firm
                         1930 N. Commerce Parkway
                         Suite 4
                         Weston, Florida 33326
                         Telephone (954) 636-3802
                         Facsimile (772) 252-3365
                         scott@behrenlaw.com
                         www.behrenlaw.com

                         By:_/Scott M. Behren/_____
                              Scott M. Behren
                              Florida Bar No. 987786

Mitchell Avila Katine
Attorney at Law
Katine Nechman McLaurin LLP
1834 Southmore Blvd.
Houston Texas 77004
Texas Bar No: 11106600
Local Counsel for Plaintiff

Direct: 713-808-1001
Cell: 832-444-8274
Mkatine@lawknm.com

5